RETURN

# IN THE FOURTH JUDICIAL DISTRICT FOR THE STATE OF TENNESSEE
## GRAINGER COUNTY CIRCUIT COURT
## SITTING AT RUTLEDGE

DONALD WOODS, )
    **Plaintiff** )
)
v. ) Case No. 9U50-I
)
CITY OF RUTLEDGE, )
RUTLEDGE POLICE DEPARTMENT, ) JURY TRIAL DEMANED
CHIEF OF POLICE DAVID FRYE, )
INDIVIDUALLY AND )
IN HIS OFFICIAL CAPACITY, )
OFFICER RON COLLINS, ) **RETURNED**
INDIVIDUALLY AND )
IN HIS OFFICIAL CAPACITY, ) AUG 1 0 2015
JOINTLY AND SEVERALLY, )
) **CIRCUIT COURT**
    **Defendants.** )

## SUMMONS

TO:   Rutledge Police Department, in care of David Frye, 270 Justice Center Drive #103, Rutledge, TN 37861

YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE UPON

**Brett A. Cole, Plaintiff's Attorney**

WHOSE ADDRESS IS: **400 West 1st North St. Morristown, Tennessee 37814** copies of the answers to the *Complaint, Donald Woods' First Set of Interrogatories and Requests for Production of Documents Propounded to David Frye* and *Donald Woods' Request for Admissions propounded to David Frye* which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. You will file the original Answer of the complaint with the Court.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Issued and tested this the ___10___ day of ___July___, 2015.

                                                Sherry Clifton, Clerk
                           By: _Vonda Carwell_
                                     Deputy Clerk

(This summons is issued pursuant to Rule 4 of the Tennessee Rules of Civil Procedure.)

21

THE BOWLIN LAW FIRM
Tiny L. Bowlin, II
400 West 1st North St.
Morristown, TN 37814
(423) 581-2667
www.thebowlinlawfirm.com

**EXHIBIT 10**

**NOTICE**

**TO THE DEFENDANT (S):**

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution of garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or now to exercise it, you may wish to seek the counsel of a lawyer.

Received this __29th__ day of __July__, 2015. _Ell. H___ Deputy Sheriff.

**RETURN ON SERVICE OF SUMMONS**

I hereby certify that on the __29th__ day of __July__, 2015, I served this summons together with the complaint as follows: _Personally Served David Frye at 915 Washburn Rd, Washburn, TN @ 1:15pm_
failed to serve this summons within 30 days after its issuance because:_____

_Ell. H___
Deputy Sheriff/Process Server

THE BOWLIN LAW FIRM
Troy L. Bowlin, II
400 West 1st North St.
Morristown, TN 37814
(423) 581-2607
www.thebowlinlawfirm.com